# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY JOHNSON, | Case No. 2:21-cv-00219-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al. | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has submitted an application to proceed in forma pauperis. ECF No. 1. The court finds that petitioner receives deposits to his inmate account large and frequently enough to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///
///
///
///
///

1

1  IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this
2 order.  Petitioner must make the necessary arrangements to have one copy of this order attached
3 to the check paying the filing fee.

4  DATED: February 12, 2021

  _____
  GLORIA M. NAVARRO
  United States District Judge