# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COREY JOHNSON, | Case No. 2:21-cv-00219-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This is a closed habeas corpus matter under 28 U.S.C. § 2254. After giving petitioner Johnson an opportunity to show cause, the court dismissed this action because Johnson had failed to exhaust his state-court remedies. ECF No. 13. Johnson has since filed a petition for a writ of mandamus (ECF No. 11), a petition for an emergency preliminary injunction (ECF No. 12), and a petition to correct prosecutorial misconduct or error (ECF No. 16).

All of these petitions address the merits of Johnson's claims. None of them address the reason why the court dismissed this action, for Johnson's failure to exhaust his state-court remedies. The court cannot consider Johnson's claims until he has exhausted those remedies. 28 U.S.C. § 2254(b). The court thus denies these petitions.

To the extent that a certificate of appealability is necessary, reasonable jurists would not find the court's conclusion to be debatable or wrong. The court will not issue a certificate of appealability.

1

IT THEREFORE IS ORDERED that petitioner's petition for a writ of mandamus (ECF No. 11) is **DENIED**.

IT FURTHER IS ORDERED that petitioner's petition for an emergency preliminary injunction (ECF No. 12) is **DENIED**.

IT FURTHER IS ORDERED that petitioner's petition to correct prosecutorial misconduct or error (ECF No. 16) is **DENIED**.

DATED: June 7, 2021

GLORIA M. NAVARRO
United States District Judge